### WARREN H. COLBY *vs.* PHILIP R. PORTER.

York County. Decided June 4, 1925. This case is before this court on a general motion for a new trial. In February, 1921, the defendant borrowed a pair of horse sleds from the plaintiff and used them in his lumbering operations. In the course of time the sleds were repeatedly broken and repaired by the defendant or his employees until of the original material only one runner and the iron shoes remained. Upon demand by the plaintiff for a return of the sleds, the defendant offered their return in their altered condition, and the plaintiff refused to accept them. By their verdict, the jury must have found that the defendant had effected a substantial change in the form or nature of the sleds without the knowledge or consent of the owner, and by such misuse of the property had converted it to his own use. An examination of the evidence discloses no reason for disturbing the verdict, and the entry must be, Motion overruled. *Leroy Haley*, for plaintiff. *Robert B. Seidel*, for defendant.

### JAMES KELLEY *vs.* B. S. HIGGINS CO.

Hancock County. Decided July 8, 1925. General motion by plaintiff for a new trial. Under the well established rule of this court the motion must be overruled as the moving party has failed to show that the verdict is so clearly wrong that we should disturb it. Motion overruled. *H. L. Graham*, for plaintiff. *Lynam & Rodick*, for defendant.